AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NORMAN McINTOSH

CASE NUMBER: 1:17-CV-6357

V.

ASSIGNED JUDGE: Judge Leineweber

CITY OF CHICAGO, et al

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Chicago Police Officer L. Vasquez (#1960)
Office of Legal Affairs
3510 S. Michigan, 5th FL
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anand Swaminathan
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

September 1, 2017

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-6357

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHICAGO POLICE OFFICER L. VASQUEZ   #1960
was received by me on *(date)* 09/27/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* EMERALD YANCY   OFFICE OF LEGAL AFFAIRS , who is designated by law to accept service of process on behalf of *(name of organization)* CHICAGO POLICE DEPT. 3510 S MICHIGAN AVENUE, CHICAGO, IL. 60653 on *(date)* 10/02/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/02/2017

*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

P O BOX 46335
CHICAGO, IL. 60646
ILLINOIS LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc: