IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NORMAN McINTOSH, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, et al., ) | Case No. 17 C 6357 |
| ) | |
| Defendants. ) | Judge Harry D. Leinenweber |

**AGREED MOTION TO VOLUNTARILY DISMISS**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Norman McIntosh, by and through his attorneys, respectfully moves as follows.

1. Plaintiff hereby moves this Court to dismiss with prejudice all of Plaintiff's claims in this action against Defendants City of Chicago, Kathleeen Salyers, as Independent Executor of the Estate of Kevin F. O'Brien, deceased, Joseph Patterson, John Ball, Michael Kennedy, Joseph Stachon, Carole Frank, as Independent Administrator of the Estate of John A. Frank, deceased, Robert Williams, Louis Vasquez, William Ogletree, Jr., and John Jarvis, and Plaintiff further moves to dismiss all remaining claims in this action against Defendants Chester Bach, David Evans, and Joseph Frugoli without prejudice, provided this dismissal be converted to a dismissal with prejudice if Plaintiff does not refile his claims against Defendants Chester Bach, David Evans, and Joseph Frugoli within six months of the entrance of the dismissal order.

3. Plaintiff further requests that each party bear their own costs and neither party seek fees or any other relief or action against the other.

4. Defendants have no objection to this motion and agree to the terms requested herein.

WHEREFORE, Plaintiff respectfully request that the Court: 1) dismiss with prejudice Plaintiff's claims in this action against the City of Chicago, Kathleeen Salyers, as Independent Executor of the Estate of Kevin F. O'Brien, deceased, Joseph Patterson, John Ball, Michael Kennedy, Joseph Stachon, Carole Frank, as Independent Administrator of the Estate of John A. Frank, deceased, Robert Williams, Louis Vasquez, William Ogletree, Jr., and John Jarvis;  2) Dismiss without prejudice Plaintiff's claims in this action against Defendants Chester Bach, David Evans, and Joseph Frugoli, provided this dismissal be converted to a dismissal with prejudice if Plaintiff does not refile his claims against  Defendants Chester Bach, David Evans, and Joseph Frugoli within six months of the entrance of the dismissal order, and 3) that each party bear their own costs, and neither party to seek fees or any other relief or action against the other.

Dated: July 17, 2019

Respectfully Submitted,

**Norman McIntosh,**

By:  /s/ *Omavi Shukur*

Steve Art
Arthur Loevy
Jon Loevy
Omavi Shukur
Anand Swaminathan
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
 (312) 243-5900

Jennifer Blagg
1333 W. Devon Ave., Ste. 267
Chicago, IL 60660
(773) 859-0081

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 17, 2019, he filed the foregoing Agree Motion to Dismiss Plaintiff's Claims Against Defendants using the Court's CM-ECF system, which effected service on all counsel of record.

*s/ Omavi Shukur*
*One of Plaintiff's Attorneys*

Steve Art
Arthur Loevy
Jon Loevy
Omavi Shukur
Anand Swaminathan
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
 (312) 243-5900

3